**William FLETCHER, Plaintiff-
Appellant,**

v.

**CORIZON HEALTH SERVICES, and
employees; C. Brown, PA-C,
Defendants-Appellees.**

**No. 17-35013**

United States Court of Appeals,
Ninth Circuit.

Submitted February 13, 2018 *

Filed February 23, 2018

William Fletcher, Pro Se

Before: LEAVY, FERNANDEZ, and
MURGUIA, Circuit Judges.

---

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is

## MEMORANDUM **

William Fletcher, an Idaho state prisoner, appeals pro se from the magistrate judge's order dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo whether the magistrate judge validly entered judgment on behalf of the district court. *Allen v. Meyer*, 755 F.3d 866, 867-68 (9th Cir. 2014). We vacate and remand.

Fletcher consented to proceed before the magistrate judge. *See* 28 U.S.C. § 636(c). The magistrate judge then screened and dismissed Fletcher's action before the named defendants had been served. *See* 28 U.S.C. §§ 1915A(b)(1), 1915(e)(2)(B)(ii). Because all parties, including unserved defendants, must consent to proceed before the magistrate judge for jurisdiction to vest, *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017), we vacate the magistrate judge's order and remand for further proceedings.

**VACATED and REMANDED.**

suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.